UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN EGGLESTON,

    Petitioner,

v.

MARGARET GILBERT,

    Respondent.

CASE NO. 3:16-CV-05159-RBL-DWC

ORDER LIFTING STAY

The District Court has referred this action to United States Magistrate Judge David W. Christel. Petitioner Brian Eggleston filed a federal habeas Petition, pursuant to 28 U.S.C. § 2254, seeking relief from a state court conviction. On March 18, 2016, the Court stayed the case until September 16, 2016, pending the resolution of a state personal restraint petition. Dkt. 8. Petitioner was ordered to file a report with the Court and, if needed, a motion to extend the stay on or before September 2, 2016. *See id.* Petitioner has not filed a report or moved for the stay to be extended. Accordingly, the stay is lifted. Respondent shall file an answer to the Amended Petition as directed in the Order Directing Service (Dkt. 2) by November 3, 2016.

Dated this 19th day of September, 2016.

David W. Christel
United States Magistrate Judge

ORDER LIFTING STAY - 1